**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

ASHLEY McLAUD,

    Plaintiff,

        v.

INDUSTRIAL RESOURCES, INC., *et al*.,

    Defendants.

CIVIL ACTION NO. 3:CV-14-737

(JUDGE CAPUTO)

## **ORDER**

**NOW**, this 22nd day of April, 2014, **IT IS HEREBY ORDERED** that Plaintiff is given leave to file an amended complaint within **twenty-one (21) days** from the date of entry of this Order.  If Plaintiff fails to do so, the action will be dismissed.

                /s/ A. Richard Caputo
                A. Richard Caputo
                United States District Judge