**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ASHLEY MCLAUD, | |
| Plaintiff, | CIVIL ACTION NO. 3:14-CV-00737 |
| v. | (JUDGE CAPUTO) |
| INDUSTRIAL RESOURCES, INC., et al., | |
| Defendants. | |

## ORDER

**NOW**, this 5th day of December, 2016, **IT IS HEREBY ORDERED** that:

(1) The Motion for Summary Judgment (Doc. 62) filed by Defendant IR Ventures, Inc., is **GRANTED**. Judgment is **ENTERED** in favor of Defendant and **AGAINST** Plaintiff on all claims.

(2) The Motion for Summary Judgment (Doc. 65) filed by Defendants CHEP (U.S.A.) Inc., CHEP International, Inc., and CHEP Container and Pooling Solutions, Inc., is **GRANTED**. Judgment is **ENTERED** in favor of Defendants and **AGAINST** Plaintiff on all claims.

(3) Because Plaintiff agrees that there are no claims against Defendant Dykstra, all claims against Defendant Dykstra are **DISMISSED**. Defendant Dykstra's Motion to Dismiss (Doc. 45) is therefore **moot**.

(4) The Clerk of Court is directed to mark this case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge